UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 5:14-cr-221 |
| Plaintiff, | : | |
| v. | : | OPINION & ORDER |
| | : | [Resolving Doc. 53] |
| TRAVARIS M. PERKINS, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

The Court **DENIES** Defendant Perkins's compassionate release motion for lack of jurisdiction.

As Defendant's counsel-assisted motion explains, Defendant Perkins is presently in state custody serving a nine-month prison sentence.[1]  After that, Defendant Perkins will be transferred to federal custody to serve a 21-month sentence imposed for violating the terms of his supervised release.[2]

Because the Court lacks jurisdiction over a person who "has not commenced serving [a] federal sentence," this Court must deny Defendant Perkins's recently filed compassionate release motion.[3]

Once Defendant Perkins is transferred to federal custody, if he believes that there are "extraordinary or compelling reasons" that warrant a reduction in his sentence, he should contact his court-appointed counsel.

---

[1] Doc. 54.
[2] *Id.*
[3] *United States v. Caley*, No. 91-CR-80668, 2022 WL 229877, at *2 (E.D. Mich. Jan. 25, 2022).

Case No. 5:14-cr-221
GWIN, J.

       IT IS SO ORDERED.

Dated: April 8, 2022
                                           *s/     James S. Gwin*
                                           JAMES S. GWIN
                                           UNITED STATES DISTRICT JUDGE